UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14125-ROSENBERG/MAYNARD

STEPHANIE BELL CORTES,

    Plaintiff,

v.

ANDREW SAUL, Commissioner,
Social Security Administration,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Plaintiff's Motion for Summary Judgment [DE 24] which was previously referred to the Honorable Shaniek M. Maynard for a Report and Recommendation on any dispositive matters. On July 19, 2021, Judge Maynard issued a Report and Recommendation recommending that the Plaintiff's Motion be denied. The Plaintiff filed objections. The Court has conducted a *de novo* review of Magistrate Judge Maynard's Report and Recommendation, the objections, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Maynard's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Maynard's Report and Recommendation and concludes that the Plaintiff's Motion should be denied.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report and Recommendation [DE 29] is hereby **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment [DE 24] is **DENIED**;

3. The Commissioner's decision is **AFFIRMED**; and

4. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 16th day of August, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record